**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SHIRLEY SHADUR**, *Plaintiff,* v. **TEVA PHARMACEUTICALS USA, INC.**, *Defendant.* | **Case No. 2:19-cv-01665-JDW** |

## ORDER

AND NOW, this 23rd day of July, 2020, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 16), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**.

It is **FURTHER ORDERED** that summary judgment is **GRANTED** as to Counts I-VI and **DENIED** as to Count VII in the Amended Complaint (ECF No. 2).

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.